IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:20-CV-193-FL

SUSAN E. GLYNN, ADMINSITRATOR OF
THE ESTATE OF LINDA P. GRIMSHAW
Aka LINDA PINKERTON GRIMSHAW,

                                                                            PLAINTIFF

vs.

SAVASENIORCARE CONSULTING, LLC,
AND GREENVILLE OPERATING COMPANY,
LLC d/b/a MACGREGOR DOWNS HEALTH
& REHABILITATION CENTER,                          DEFENDANTS

## ORDER

Upon consideration of Defendants' Motion to Confirm the Arbitration Award and Enter Final Judgment (DE 30), this Court ORDERS as follows:

1. On December 8, 2022, the Defendant filed a Motion to Confirm the Arbitration Award and Enter Final Judgment. (DE 30).

2. Response to that motion was due by December 29, 2022.

3. Having received no opposition to the Motion from the Plaintiff, and the Defendants having properly filed all papers required under 9 U.S.C.A. § 13, Defendants' Motion is hereby GRANTED.

4. This Court CONFIRMS the arbitration award dated December 5, 2022, in favor of Defendants and against the Plaintiff. (DE 30-2).

THEREFORE, IT IS ORDERED that a Final Judgment be entered in favor of Defendants SavaSeniorCare, LLC and Greenville Operating Company, LLC d/b/a MacGregor Downs Health and Rehabilitation Center as to all of Plaintiff's claims.

SO ORDERED, this the 30th day of March, 2023.

                                                       LOUISE W. FLANAGAN
                                                       United States District Judge