UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| SUSAN E. GLYNN, Administrator of the Estate of Linda P. Grimshaw a/k/a Linda Pinkerton Grimshaw<br>　　　Plaintiff,<br><br>v.<br><br>SAVASENIORCARE CONSULTING, LLC, and GREENVILLE OPERATING COMPANY, LLC, d/b/a MacGregor Downs Health & Rehabilitation Center<br>　　　Defendants. | **JUDGMENT**<br><br>No. 4:20-CV-193-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of motion by Defendants seeking an order to confirm the arbitration award.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2023, and the reasons set forth more specifically therein, the arbitration award in this matter is confirmed. Judgment is entered in favor of Defendants SavaSeniorCare, LLC and Greenville Operating Company, LLC d/b/a MacGregor Downs Health and Rehabilitation Center as to all of Plaintiff's claims.

**This Judgment Filed and Entered on March 30, 2023, and Copies To:**

Robert Bailey Melvin (via CM/ECF Notice of Electronic Filing)
Michael E. Phillips   (via CM/ECF Notice of Electronic Filing)

March 30, 2023　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk